APR 1 2 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY
CO.,

Docket No.:
CV 11-0410 (CBA)

                              Plaintiffs,

   -against-

EDOVARD J. HAZEL, M.D., et al.

                              Defendants.
------------------------------------X

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively referred to as "Plaintiff") and counsel for Defendant, Eastchester Precision Medical, P.C. ("Defendant") and Dr. Albert Ciancimino ("Dr. Ciancimino") as follows:

1. Defendant and Dr. Ciancimino hereby appears in this action through its new counsel, Jeffrey I. Baum, Esq., Jeffrey I. Baum & Associates, P.C. 666 Old Country Road, Suite 501, Garden City, New York 11530.

2. Defendant and Dr. Ciancimino consent to the jurisdiction of this Court and to the entry of the Order and Permanent Injunction in the form attached as Exhibit "1."

Dated: April 4, 2012

RIVKIN RADLER LLP

By: _____
    Barry I. Levy, Esq.
926 RXR Plaza
Uniondale 11556-0926

*Counsel for Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co.*


JEFFREY I. BAUM & ASSOCIATES, P.C.

By: _____
    Jeffrey I. Baum, Esq.
666 Old Country Road, Suite 501
Garden City, New York 11530

*Counsel for Defendant, Eastchester Precision Medical, P.C. and Albert Ciancimino, M.D.*


**SO ORDERED:** s/CBA
April 11, 2012          USDJ