

**RIVKIN RADLER** LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

BARRY I. LEVY
PARTNER
(516) 357-3149
barry.levy@rivkin.com


July 5, 2012


**By ECF**
Honorable Robert M. Levy
United States Magistrate-Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Government Employees Ins. Co., et al. v. Hazel, et al.**
            **Docket No. CV 11-0410 (CBA)(RML)**
            **R File No.: 005100-00029**

Dear Magistrate-Judge Levy:

As the Court is aware, we represent Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively "Plaintiffs" or "GEICO") in this matter.

In response to the Court's June 5, 2012 Order, Defendant, Precision Office Management, Inc. has engaged counsel to defend its interests. Defendants, Igor Erlikh and Ruslan Erlikh have not, and as such, it is our belief that they intend to proceed pro-se in this matter. At this point, we would request that the Court schedule a case management conference for the purposes of establishing a discovery schedule with respect to the remaining defendants.

We appreciate the Court's attention to this matter.

                                      Respectfully submitted,

                                      RIVKIN RADLER LLP

                                      Barry I. Levy

BIL/lg

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000
F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555
F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460
F 201.489.0495



Honorable Robert M. Levy
July 5, 2012
Page 2

_____

cc:   All counsel via ECF
      Igor Erlikh (by mail)
      Ruslan Erlikh (by mail)