Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       <u>Re: Government Employees Ins. Co., et al. v. Hazel, et al.,</u>
CV 11-0410 (CBA)(VMS)

Dear Magistrate Judge Scanlon:

I have Mr. Levy's letter asking to strike my answer. I do not have any of the documents that Mr. Levy requests. I sent him a letter on August 8, 2012 telling him that I did not have any such documents. I went to the deposition on Friday, September 21, 2012, and I again told him that I do not have any of the documents. I have answered his requests numerous times. His motion to strike my answer be denied.

Sincerely,

Igor Erlikh

RECEIVED SEP 27 2012 PRO SE OFFICE

Igor Erlikh
6910 Avenue U, #2S
Brooklyn, NY 11234

HONORABLE VERA M. SCANLON
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201