Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: Government Employees Ins. Co., et al. v. Hazel, et al., CV 11-0410 (CBA)(VMS)

Dear Magistrate Judge Scanlon:

I have Mr. Levy's letter asking to strike my answer. Mr. Levy has not even served me with the May 3, 2012 subpoena. I am not an owner or manager of Precision Office Management, nor have I ever been. Furthermore, he has refused to answer my requests that I sent to him on August 30, 2012. Respectfully, I ask that his request to strike my answer be denied.

Sincerely,
Ruslan Erlikh



RECEIVED SEP 27 2012 PRO SE OFFICE

Ruslan Erlikh
155 Oceana Drive East, #PH1A
Brooklyn, New York 11235

1120118329

HONORABLE VERA M. SCANLON
United States District Court
Easter District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

02 1P
0001678711
MAILED FROM ZIP CODE 11223
UNITED STATES POSTAGE
SEP 25 2012
$ 000.45°
PITNEY BOWES