RUSLAN ERLIKH
155 OCEANA DRIVE EAST, #PH1A
BROOKLYN, NEW YORK 11235
718-419-4468

SEPTEMBER 25, 2012

**VIA FACSIMILE 718-613-2305**

TO:  HONORABLE VERA M. SCANLON
     UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK

YOUR HONOR:

ENCLOSED ARE THE RESPONSES FROM ME AND MY FATHER FOR THE MOTION TO STRIKE THAT WE WILL BE ARGUING IN FRONT OF YOU ON FRIDAY, SEPTEMBER 29, 2012 AT 9:00 A.M.

ALSO, ENCLOSED IS A COPY OF MY RESPONSE TO MR. LEVY'S LETTER NOT GIVING ME ANY DISCOVERY. PLEASE NOTE YOUR HONOR, I WOULD ALSO LIKE TO ADRESS THE ISSUE OF GEICO'S AND MR. LEVY'S OFFICE COMPLETELY REFUSING TO GIVE ME ANY DISCOVERY WHATSOEVER.

THANK YOU FOR YOUR COURTESY AND PROMPT ATTENTION.

SINCERELY
RUSLAN ERLIKH

11-CV-410 (CBA)(VMS)

RECEIVED
SEP 27 2012
PRO SE OFFICE

Rec'd 10/2/12

September 24, 2012

Barry Levy, Esq.
Rifkin Radler
926 RXR Plaza
Uniondale, NY 11556-0926

Re: Geico v. Hazel, et al.

Dear Mr. Levy:

I have received your letter dated September 18, 2012 in which you refuse to provide a single document in response to my demands. This is unacceptable.

You may not decide the manner in which I defend myself in this lawsuit. Geico's pattern of filing lawsuits against medical providers rather than paying large bills for rendered services is relevant to the case and to my defense. If you do not agree with the relevancy of the evidence, you may ask the judge not to admit it at trial. However, you must still provide the requested documents.

Geico has determined behest that it is cheaper to file cases just like this one against medical providers rather than paying bills for services rendered. I want a copy of all the research, actuarial studies, and internal documentation and communication that went into developing and adopting this business decision. I also want the names of each other physician and/or medical practice in the State of New York against whom Geico has filed a lawsuit, or threatened to file a lawsuit, similar to this case in the past 7 years. I want a copy of all such settlements, in or out of court.

Geico took advantage of the sale of Eastchester Precision Medical, P.C. to Dr. Cianamino by threatening not to pay Dr. Cianamino money that was due to his other clinics and/or practices by Geico if he did not settle in this case. I am now demanding all billing to Geico from Dr. Cianamino and all of his clinics and/or practices for the past 4 years.

Geico has asserted that this is a RICO matter. I want the names of each Eastchester Precision Medical patient that Geico alleges did not receive an MRI from a certified radiology technician as prescribed by their own physician. I went the names of each Eastchester Precision Medical employee that Geico alleges rendered radiology services without proper credentials.

Sincerly,

Ruslan Erlikh

Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: Government Employees Ins. Co., et al. v. Hazel, et al.,
CV 11-0410 (CBA)(VMS)

Dear Magistrate Judge Scanlon:

I have Mr. Levy's letter asking to strike my answer. Mr. Levy has not even served me with the May 3, 2012 subpoena. I am not an owner or manager of Precision Office Management, nor have I ever been. Furthermore, he has refused to answer my requests that I sent to him on August 30, 2012. Respectfully, I ask that his request to strike my answer be denied.

Sincerely,

Ruslan Erlikh

Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: Government Employees Ins. Co., et al. v. Hazel, et al., CV 11-0410 (CBA)(VMS)

Dear Magistrate Judge Scanlon:

I have Mr. Levy's letter asking to strike my answer. I do not have any of the documents that Mr. Levy requests. I sent him a letter on August 8, 2012 telling him that I did not have any such documents. I went to the deposition on Friday, September 21, 2012, and I again told him that I do not have any of the documents. I have answered his requests numerous times. His motion to strike my answer be denied.

Sincerely,

Igor Erlikh

Ruslan Erlikh
155 Oceana Drive East, #PH1A
Brooklyn, New York 11235

11201163299

HONORABLE VERA M. SCANLON
United States District Court
Easter District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

02  1P
0001678711    SEP 25 2012
MAILED FROM ZIP CODE 11223
$ 000.45⁰
PITNEY BOWES
UNITED STATES POSTAGE