UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
GOVERNMENT EMPLOYEES　　　　　　　　　　JUDGMENT
INSURANCE CO.; GEICO INDEMNITY　　　　　　11-CV- 0410 (CBA)
CO.; GEICO GENERAL INSURANCE
COMPANY; and GEICO CASUALTY CO.,

                          Plaintiffs,

      -against-

EDOVARD J. HAZEL; EASTCHESTER
PRECISION MEDICAL, P.C.; PRECISION
OFFICE MANAGEMENT, INC.; IGOR
ERLIKH; RUSLAN ERLIKH; and JOHN
DOE ONE THROUGH JOHN DOE FIVE,

                          Defendants.
--------------------------------------------------------X

        A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 15, 2014, adopting the unopposed Report and Recommendation of Magistrate Judge Vera M. Scanlon, dated August 11, 2014; denying Ruslan Erlikh's motion to amend his answer; and dismissing GEICO's claims against the Erlikhs without prejudice; it is

        ORDERED and ADJUDGED that Ruslan Erlikh's motion to amend his answer is denied; and that GEICO's claims against Defendants Ruslan Erlikh and Igor Erlikh are dismissed without prejudice.

Dated: Brooklyn, New York　　　　　　　　　　　　　　Douglas C. Palmer
       September 15, 2014　　　　　　　　　　　　　　　　Clerk of Court

                                                        by:    */s/ Janet Hamilton*
                                                                     Deputy Clerk