

WWW.RIVKINRADLER.COM

**MAX GERSHENOFF**
PARTNER
(516) 357-3444
max.gershenoff@rivkin.com

September 26, 2014

**VIA ECF**

Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  **Government Employees Ins. Co., et al. v. Hazel, et al.**
          **Docket No. CV 11-0410 (CBA)(RML)**
          **RR File No.: 005100-00029**

Dear Magistrate Judge Scanlon:

As the Court is aware, we represent Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively "Plaintiffs" or "GEICO") in this matter. Pursuant to the Court's September 19, 2014 order, we write to provide a status report.

Plaintiffs expect to conclude their settlement discussions with Defendant Edovard Hazel, M.D. within the next three weeks, and are optimistic that their claims against Dr. Hazel will settle.

In addition, Plaintiffs expect either to file a motion for default judgment against Defendant Precision Office Management Inc., or else seek to dismiss those claims, within the next three weeks.

926 RXR Plaza
Uniondale, NY  11556-0926
T 516.357.3000
F 516.357.3333

555 Madison Avenue
New York, NY  10022-3338
T 212.455.9555
F 212.687.9044

21 Main Street
Court Plaza South
West Wing, Suite 158
Hackensack, NJ  07601
T 201.287.2460
F 201.489.0495



Honorable Vera M. Scanlon
September 26, 2014
Page 2


We appreciate the Court's attention to this matter.

                                                      Very truly yours,

                                                      RIVKIN RADLER LLP

                                                      */s/ Max Gershenoff*
                                                      Max Gershenoff (MG 4648)


cc:       All counsel via ECF