

WWW.RIVKINRADLER.COM

**MAX GERSHENOFF**
PARTNER
(516) 357-3444
max.gershenoff@rivkin.com

October 17, 2014

**VIA ECF**

Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   **Government Employees Ins. Co., et al. v. Hazel, et al.**
             **Docket No. CV 11-0410 (CBA)(VMS)**
             **RR File No.:  005100-00029**

Dear Magistrate Judge Scanlon:

As the Court is aware, we represent Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively "Plaintiffs" or "GEICO") in this matter. Pursuant to the Court's September 30, 2014 order, we write to provide a status report.

Plaintiffs anticipate that they will settle their claims against Defendant Edovard Hazel, M.D. within the week. Also, within the week, Plaintiffs anticipate that they will either file a motion for default judgment against Defendant Precision Office Management Inc., or else seek to dismiss those claims.

We appreciate the Court's attention to this matter.

                                              Respectfully submitted,

                                              RIVKIN RADLER LLP

                                              /s/ Max Gershenoff
                                              Max Gershenoff (MG 4648)

cc:       All counsel via ECF

926 RXR Plaza
Uniondale, NY  11556-0926
T 516.357.3000
F 516.357.3333

555 Madison Avenue
New York, NY  10022-3338
T 212.455.9555
F 212.687.9044

21 Main Street
Court Plaza South
West Wing, Suite 158
Hackensack, NJ  07601
T 201.287.2460
F 201.489.0495