UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE            Docket No.:  CV 11-00410 (CBA)(VMS)
COMPANY, et al.,

                          Plaintiffs,

      -against-

EDOVARD J. HAZEL, M.D., et al.,

                         Defendants.
-----------------------------------------------------------------X

## STIPULATION OF DISMISSAL

      **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. ("Plaintiffs"), and Defendant Edovard J. Hazel, M.D., that all claims asserted in this action by Plaintiffs against Defendant Edovard J. Hazel, M.D., as well as Precision Office Management, Inc., which is in default, are dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

RIVKIN RADLER LLP                                         HARFENIST KRAUT & PERLSTEIN, L.L.P.

By: _____                             By: _____
    Max Gershenoff, Esq.                                      Steven J. Harfenist, Esq.
926 RXR Plaza                                             3000 Marcus Avenue, 2nd Floor East
Uniondale, New York 10007                                 Lake Success, New York 11042
*Counsel for Plaintiffs*                                  *Counsel for Defendant Edovard J. Hazel, M.D.*