UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE    Docket No.: CV 11-00410 (CBA)(VMS)
COMPANY, et al.,

                            Plaintiffs,

      -against-

EDOVARD J. HAZEL, M.D., et al.,

                           Defendants.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 24 2014 ★
BROOKLYN OFFICE

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. ("Plaintiffs"), and Defendant Edovard J. Hazel, M.D., that all claims asserted in this action by Plaintiffs against Defendant Edovard J. Hazel, M.D., as well as Precision Office Management, Inc., which is in default, are dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

RIVKIN RADLER LLP

By: _____
Max Gershenoff, Esq.
926 RXR Plaza
Uniondale, New York 10007
*Counsel for Plaintiffs*

HARFENIST KRAUT & PERLSTEIN, L.L.P.

By: _____
Steven J. Harfenist, Esq.
3000 Marcus Avenue, 2nd Floor East
Lake Success, New York 11042
*Counsel for Defendant Edovard J. Hazel, M.D.*

SO ORDERED:
October 23, 2014

s/Carol Bagley Amon
_____
USDJ